TIMBER CO. v. SMITH

No. 23 PC.

Case below: 12 N.C. App. 137.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

TURNER v. INSURANCE CO.

No. 8 PC.

Case below: 11 N.C. App. 699.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

WALLACE v. JOHNSON

No. 17 PC.

Case below: 11 N.C. App. 703.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

WEIL'S, INC. v. TRANSPORTATION CO.

No. 106 PC.

Case below: 11 N.C. App. 554.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

WIDENER v. FOX

No. 108 PC.

Case below: 11 N.C. App. 525.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

## PETITIONS TO REHEAR

JOYNER v. GARRETT, COMR. OF MOTOR VEHICLES

No. 75.

Reported: 279 N.C. 226.

Petition to rehear by Commissioner of Motor Vehicles denied 30 August 1971.